# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0045.  JOSEPH  RAY  MORRISON v. THE STATE.

Joseph Ray Morrison, through trial counsel, filed a motion to remand this appeal for a hearing on his claims of ineffective assistance of counsel.  Morrison's motion is hereby GRANTED, and we REMAND the case to the trial court for appropriate proceedings concerning the issue of ineffective assistance, which have not yet been waived.  See *Ruiz v. State*, 286 Ga. 146, 149 (2) (b) (686 SE2d 253) (2009).  Furthermore, because "trial counsel be cannot reasonably or ethically be expected to assert or argue his or her own ineffectiveness," the trial court should ensure that Morrison has conflict-free counsel appointed to represent him on remand.[1] See *Garland v. State*, 283 Ga. 201, 205 (657 SE2d 842) (2008).

Upon entry of an any further appealable order, Morrison shall have 30 days to file a new notice of appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] In his motion, Morrison maintains that he "is in the process of securing new [appellate] counsel."